**Electronically Filed
Supreme Court
SCWC-21-0000389
24-JUL-2025
10:42 AM
Dkt. 3 ODAC**

SCWC-21-0000389

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

ANNAMARIE KON, MARTHA HARDEN, and GENE LANG THOMAS,
Respondents/Plaintiffs-Appellants,

vs.

STATE OF HAWAIʻI, DEPARTMENT OF HEALTH,
Respondent/Defendant-Appellee,

and

PUNA GEOTHERMAL VENTURE,
Petitioner/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-21-0000389; CASE NO. 3CCV-20-0000394)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioner/Defendant-Appellee Puna Geothermal Venture's
application for writ of certiorari filed on June 9, 2025, is
rejected.

DATED:  Honolulu, Hawaiʻi, July 24, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

